IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SCOTTY ARTHUR,				:
						:
    Plaintiff,			:
						:
vs.						:	CIVIL ACTION 10-0040-M
						:
MICHAEL J. ASTRUE,			:
Commission of Social Security,	:
						:
    Defendant.			:

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Scotty Arthur.

DONE this 27th day of October, 2010.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE